

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00307-CV

April Marie **FULLER,** Billy Don Huston, Cindy Huston, James Record, Mark Alan Record, and Robert Dales Moores,
Appellants

v.

**MALTSBERGER/STOREY RANCH, LLC**, Maltsberger/Storey Ranch Lands, LLC, Storey Minerals, Ltd., and Rene R. Barrientos, Ltd.,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 20-06-00106-CVL-C
The Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellants' third motion for extension of time to file their brief is GRANTED IN PART. It is ORDERED that appellants' brief is due **on or before November 23, 2021.** No further extensions will be granted absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court